UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Carlos F. Ramos, | ) | CASE NO. 1:10 CV 00940 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** |

    The Social Security Administration denied Plaintiff Carlos F. Ramos applications for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income in the above-captioned case. Ramos sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Greg White for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (ECF No. 20) suggesting that the Court affirm the Commissioner's decision.

    Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed within the 14-day period. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947,

(1:10 CV 00940)

949-50 (6th Cir. 1981).

      Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision is affirmed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.


 May 31, 2011                                   /s/ Benita Y. Pearson
Date                                              United States District Court Judge